IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ELI ASHKENAZI, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION  NO. 3:15-cv-02705-PGS-DEA |
| Plaintiff, | : : | |
| v. | : : | |
| BLOOMINGDALE'S, INC., | : : | |
| Defendant. | : | |

**NOTICE OF MOTION IN SUPPORT OF UNOPPOSED MOTION
FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND
<u>PETITION FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE</u>
AWARD**

**PLEASE TAKE NOTICE** that on **December 5, 2018**, at 10:30 a.m., Plaintiff Eli Ashkenazi ("Plaintiff"), by and through his attorneys DeNittis Osefchen Prince, P.C. and Marcus & Zelman, LLC, shall move to the above Court to enter an order granting Final Approval of the Proposed Class Action Settlement and Petition for Attorneys' Fees and Costs and Incentive Award.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely on the declarations and exhibits annexed thereto and the legal brief submitted herewith in support of his motion for preliminary approval. A proposed order also is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff respectfully requests oral argument.

Respectfully submitted this 21st day of November 2018.

*s/ Ari H. Marcus*
Ari H. Marcus, Esq.
MARCUS & ZELMAN, LLC
1500 Allaire Avenue, Suite 101
Ocean, New Jersey 07712
Telephone:  (732) 695-3282
Facsimile:  (732) 298-6256
Email:  Ari@MarcusZelman.com

1

Stephen DeNittis, Esq.
Ross H. Schmierer, Esq.
DeNITTIS OSEFCHEN PRINCE, P.C.
525 Route 73 North, Suite 410
Marlton, New Jersey 08053
Telephone:  (856) 797-9978
Facsimile:  (856) 797-9951
Email: sdenittis@denittislaw.com
          rschmierer@denittislaw.com


and

Todd M. Friedman, Esq.
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Ste 780
Woodland Hills, CA 91367
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Email:  tfriedman@attorneysforconsumers.com