## CERTIFICATE OF SERVICE

I, Ari H. Marcus, of full age certify under penalty of perjury that on this day, I caused to be served, via ECF, on all counsel of record a copy of (a) Plaintiff's Notice of Unopposed Motion for an Order Granting Final Approval of Class Action Settlement; (b) Memorandum of Law in Support of Motion for an Order Granting Final Approval of Class Action Settlement (c) Class Settlement Agreement ("Exhibit 1"); (d) Declaration of Orlando Castillejos re: Notice Procedures (with exhibits) ("Exhibit 2"); and (e) Proposed Form of Order.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Dated: November 21, 2018                     /s/ Ari H. Marcus
                                                                              Ari H. Marcus, Esq.