IN RE:  Ashkenazi v. Bloomingdales Litigation
**SUMMARY TIME REPORT**

FIRM NAME: All Counsel

REPORTING PERIOD:
inception of Case through
November 20, 2018

**Categories**

[1] Investigations, Factual Research
[2] Discovery
[3] Pleadings, Briefs and Pretrial Motions (including legal research)
[4] Court Apperances
[5] Settlement
[6] Litigation Strategy and Analysis
[7] Class Certification
[8] Case Management and Administration
[9] Experts

| Name | [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | Current Hours | Hourly Rate | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PARTNERS** | | | | | | | | | | | | |
| Stephen P. DeNittis | 0.0 | 0.0 | 18.0 | 0.0 | 18.1 | 4.2 | 0.0 | 1.2 | 0.0 | 41.5 | $550.00 | $22,825.00 |
| Ross Schmierer | | 181.5 | 34.6 | 4.8 | 22.0 | 3.6 | 9.8 | 0.0 | 0.0 | 257.7 | $575.00 | $148,177.50 |
| Ari Marcus | 0.0 | 158.7 | 56.9 | 6.5 | 22.0 | | 14.0 | 1.5 | 0.0 | 259.6 | $450.00 | $116,820.00 |
| David B. Levin | 0.0 | 75.1 | 35.8 | 0.0 | 44.4 | 2.7 | 0.0 | 1.7 | 15.7 | 175.4 | $600.00 | $105,240.00 |
| Yitzchak Zelman | | 13.0 | 25.0 | | | | | | | 38.0 | $350.00 | $13,300.00 |
| **TOTAL PARTNERS** | 0.0 | 428.3 | 170.3 | 11.3 | 106.5 | 10.5 | 23.8 | 4.4 | 15.7 | 772.2 | | $406,362.50 |
| **ASSOCIATES** | | | | | | | | | | | | |
| Joanne Wilcomes | 0.0 | 25.2 | 1.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 27.0 | $400.00 | $10,800.00 |
| Meghan George | | | | | | | | | 13.0 | 13.0 | $500.00 | $6,500.00 |
| **TOTAL ASSOCIATES** | 0.0 | 25.2 | 1.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 27.0 | | $17,300.00 |
| **PARALEGALS** | | | | | | | | | | | | |
| Dawn Farley | 0.0 | 0.0 | 0.0 | 0.0 | 4.5 | 0.0 | 0.0 | 5.5 | 0.0 | 10.0 | $90.00 | $900.00 |
| Amber Horn | 0.0 | 36.8 | 6.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 43.0 | $100.00 | $1,070.00 |
| **TOTAL PARALEGALS** | 0.0 | 36.8 | 6.2 | 0.0 | 4.5 | 0.0 | 0.0 | 5.5 | 0.0 | 53.0 | | $1,970.00 |
| **TOTALS:** | 0.0 | 490.3 | 178.3 | 11.3 | 111.0 | 10.5 | 23.8 | 9.9 | 15.7 | 852.2 | | $425,632.50 |