**IN RE:**  Ashkenzi v. Bloomingdales

**FIRM NAME:**  DeNittis Osefchen Prince, P.C.

**REPORTING PERIOD:**  May 2017 through November 19, 2018

| DESCRIPTION | MONTHLY EXPENSES |
|---|---|
| Firm Assessment | |
| Travel (air fare, ground travel, meals, lodging, etc.) | |
| Telephone/Facsimile | |
| Postage/Express Delivery/Messenger | |
| Copies | |
| Internal Reproduction/Copies/Printing | |
| Professional Fees (expert, consultant, investigator, etc.) | |
| Court Fees (filing, etc.) | |
| Court Reporters/Transcripts | |
| Witness/Service Fees | |
| Computer Research | |
| Clerical Overtime | |
| Deposition | |
| Miscellaneous (Mediation Fee) | $7,391.25 |
| **TOTAL EXPENSES** | **$7,391.25** |

**IN RE:** Ashkenzi v. Bloomingdales

**FIRM NAME:** Law Offices of Todd M. Friedman, P.C.

**REPORTING PERIOD:** February 2016 through November 20, 2018

| DESCRIPTION | MONTHLY EXPENSES |
|---|---|
| Firm Assessment | |
| Travel (air fare, ground travel, meals, lodging, etc.) | $1,943.74 |
| Telephone/Facsimile | |
| Postage/Express Delivery/Messenger | |
| Copies | |
| Internal Reproduction/Copies/Printing | |
| Professional Fees (expert, consultant, investigator, etc.) | $15,830.00 |
| Court Fees (filing, etc.) | |
| Court Reporters/Transcripts | $1,976.95 |
| Witness/Service Fees | |
| Computer Research | |
| Clerical Overtime | |
| Deposition | |
| Miscellaneous (Mediation Fee) | $2,463.25 |
| **TOTAL EXPENSES** | **$22,213.94** |

**RE: Ashkenazi v. Bloomingdales**

**FIRM NAME:  Marcus & Zelman, LLC**

**REPORTING PERIOD:  April 2015 through November 20, 2018**

| Date | Activity | Rate/Cost | Description |
|---|---|---|---|
| 4/16/2015 | Legal Fee | $400.00 | Ashkenazi et al. v. Bloomingdale's |
| 4/21/2015 | Process Server | $65.00 | Service of process on Bloomingdale's Inc. |
| 4/22/2016 | Court reporter | $338.50 | Deposition of Eli Ashkenazi |
| 4/22/2016 | Process Server | $65.00 | Serve deposition notice on Qwasi, |
| 8/30/2016 | Shorthand reporter | $559.50 | Deposition of QWASI, Inc. (Non |

TOTAL EXPENSES        $1,428.00