## **CERTIFICATE OF SERVICE**

I, Ari H. Marcus, of full age certify under penalty of perjury that on this day, I caused to be served, via ECF, on all counsel of record a copy of (a) Plaintiff's Notice of Unopposed Motion for Final Approval of Class Action Settlement; (b) Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement, Petition for Attorneys' Fees and Costs and Incentive Award; (c) Declaration of Stephen DeNittis in Support of Motion; (d) Declaration of Ross H. Schmierer, Esquire in Support of Motion; (e) Certification of Todd M. Friedman, Esquire in Support of Motion; (f) Declaration of Ari H. Marcus, Esquire in Support of Motion; and (f) Proposed Form of Order.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 21, 2018                     */s/ Ari H. Marcus*
                                              Ari H. Marcus, Esq.